UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LATANYA YVETTE JOHNSON,

       Plaintiff,                              Civil Action No. 13-cv-11319
                                               HON. BERNARD A. FRIEDMAN
vs.                                            MAG. JUDGE CHARLES E. BINDER

COMMISSIONER OF SOCIAL SECURITY,

       Defendant.
_____/

**MEMORANDUM OPINION AND ORDER**

This matter is before the Court on Magistrate Judge Charles E. Binder's Report and Recommendation ("R&R") dated January 30, 2014 [docket entry 15].  Neither party has filed an objection to the R&R pursuant to Fed. R. Civ. P. 72(b)(2).

The Court had an opportunity to fully review this matter and believes that the magistrate judge reached the correct conclusions for the proper reasons.  It is apparent from the record that the administrative law judge ("ALJ") accorded appropriate weight to the medical opinions of both plaintiff's treating and examining physicians.  Furthermore, the ALJ properly evaluated the credibility of plaintiff's subjective complaints and their impact on her ability to perform past relevant work.

Accordingly,

IT IS ORDERED that Magistrate Judge Charles E. Binder's R&R dated January 30, 2014, is hereby accepted and adopted.

-1-

IT IS FURTHER ORDERED that plaintiff's motion for summary judgment is denied [docket entry 10].

IT IS FURTHER ORDERED that defendant's motion for summary judgment is granted [docket entry 12].

Dated: February 27, 2014         s/ Bernard A. Friedman_____
      Detroit, Michigan              BERNARD A. FRIEDMAN
                                   SENIOR UNITED STATES DISTRICT JUDGE